George Comerford and Frank Duwaldt, copartners, trading as Comerford & Duwaldt, appellees, v. William E. Balousek, appellant. Gen. No. 29,559.

Action to recover real estate brokers' commissions. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed with finding of facts. Opinion filed April 3, 1925.

William F. Bigelow, for appellant.  Harry A. Silverstein, for appellees.

Mr. Justice Gridley delivered the opinion of the court.